IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Jennifer P. Masters | : | |
| Debtor | : | Case. No.: 15-18310-sr |

ORDER

AND NOW, this 13th day of July, 2016, upon consideration of Debtor's Objection to the Proof of Claim of Cavalry SPV I, LLC, as assignee of HSBC Bank Nevada, N.A. (Claim No. 3),

IT IS HEREBY ORDERED, that the Proof of Claim of Cavalry SPV I, LLC, as assignee of HSBC Bank Nevada, N.A. (Claim No. 3) is disallowed in its entirety and hereby stricken.

BY THE COURT

_____
Hon. Stephen Raslavich
United States Bankruptcy Judge

cc:
Christian A. DiCicco, Esq.
2008 Chestnut Street
Philadelphia, PA 19103

Cavalry Investments, LLC
Attn: Leslie Baddoo
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Frederick L Reigle, Esquire
2901 St. Lawrence Avenue
Post Office Box 4010
Reading, PA 19806

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107