IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                         :
                                               :       In Chapter 13
       JENNIFER P. MASTERS                     :
                                               :       Bankruptcy No. 15-18310 (SR)
                       Debtor.                 :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #19) which was filed on June 8, 2016.

                                     Respectfully submitted,

                                     THE CITY OF PHILADELPHIA

Dated: July 22, 2016        By:   */s/ Pamela Elchert Thurmond*
                                     PAMELA ELCHERT THURMOND
                                     Deputy City Solicitor
                                     PA Attorney I.D. 202504
                                     Attorney for the City of Philadelphia
                                     City of Philadelphia Law Department
                                     Municipal Services Building
                                     1401 JFK Boulevard, 5th Floor
                                     Philadelphia, PA  19102-1595
                                     215-686-0508 (phone)
                                     Email: Pamela.Thurmond@phila.gov