# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jennifer P. Masters                    | CHAPTER 13
       <u>Debtor(s)</u>

                                                                  BKY. NO. 15-18310 SR

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

Re: Loan # Ending In: 4847

                                                                      Respectfully submitted,

                                                                      **<u>/s/Thomas Puleo, Esquire</u>**
                                                                      Thomas Puleo, Esquire
                                                                      Brian C. Nicholas, Esquire
                                                                      KML Law Group, P.C.
                                                                      701 Market Street, Suite 5000
                                                                      Philadelphia, PA 19106-1532
                                                                      (215) 825-6306  FAX (215) 825-6406