**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Jennifer P. Masters | : | |
| Debtor | : | Bankruptcy No. 15-18310-sr |
| | : | |
| | : | **HEARING SET FOR** |
| | : | **September 13, 2017** |
| | : | **AT 10:00 A.M.** |
| | : | **COURTROOM #4** |
| | : | **Robert N.C. Nix, Sr. Federal Courthouse** |
| | : | **900 Market Street** |
| | : | **Philadelphia, PA 19107** |

## NOTICE OF MOTION,  RESPONSE DEADLINE AND HEARING DATE

Debtor, Jennifer P. Masters, by and through her counsel, Christian A. DiCicco, has filed a Motion to Modify Chapter 13 Plan Post-Confimation.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then within 21 days from the date hereafter, you or your attorney must do **all** of the following:

(a)      File an Objection explaining your position at:

Office of the Clerk of Court
U.S. Bankruptcy Court
900 Market Street
Philadelphia, PA 19107-2800

If you mail your objection to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)      Mail a copy to the Debtor's attorney:

Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
(215) 564-6812 Phone
(215) 564-6814 Fax

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Stephen Raslavich on September 13, 2017 at 10:00 a.m. in Courtroom #4, United States Bankruptcy Court, The Robert Nix Building, 900 Market Street, Philadelphia, PA 19107. Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed factual issues in the manner directed by Fed. R. Bank. P. 9014(d).

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an objection.

Date:   August 16, 2017

By: */s/ Christian A. DiCicco, Esquire*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
(215) 564-6812 Phone
(215) 564-6814 Fax