# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Jennifer P. Masters | : | |
| Debtor | : | Bankruptcy No. 15-18310-sr |

## CERTIFICATE OF SERVICE

    I, Christian A. DiCicco, Esquire, attorney for Debtor, hereby certify that on August 16, 2017, I caused copies of the foregoing Motion to Motion to Modify Chapter 13 Plan Post-Confirmation and the attached Notice of Motion, Response Deadline and Hearing Date to be served upon United States Trustee, the Chapter 13 Standing Trustee, and all other parties in interest by CM/ECF and/or by mailing complete copies by Regular, First Class U.S. Mail, Postage Prepaid.

Under penalty of perjury, I declare that the foregoing is true and correct.

By: */s/ Christian A. DiCicco*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
215-564-6812 (Ph.)
215-564-6814 (fax)

Dated: August 16, 2017    Attorney for Debtor