```
                    UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

August 17, 2017

To: **Christian A. DiCicco**
    2008 Chestnut Street
    Philadelphia, PA   19103

                                 In re: **Jennifer P. Masters**
                                 Bankruptcy No. **15-18310**
                                 Adversary No.
                                 Chapter **13**

     Re **Motion To Modify Plan Post Confirmation**

The above pleading was filed in this office on **August 16, 2017.** Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

```
        ()    Affidavit
        ()    Certificate of Service
        ()    Certification of no response
        ()    Notice pursuant to Rule 9019
        ()    Notice pursuant to Rule 2002
        ()    Notice pursuant to Rule 3007.1
        ()    Proof of Claim number not noted on
                    objection pursuant to Rule 3007.1(a)
        (XX)  Proposed Order
        ()    Stipulation
        ()    Certification of Default
        ()    $30.00 Filing Fee for Amendments
        ()    $25.00 Claims Transfer Fee
        ()    Other
```

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice.  Otherwise, the matter will be referred to the Court.

                                 Timothy B. McGrath
                                 Clerk


                                 By: _____Jeanette Gilmore_____
                                           Deputy Clerk

status.frm
(rev. 2/04/14)