**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Jennifer P. Masters | : | |
| Debtor | : | Bankruptcy No. 15-18310-jkf |

**CERTIFICATION OF NO RESPONSE TO**
**DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION**

Christian A. DiCicco, Esquire, Counsel for Debtor, hereby certifies that:

1. On August 16, 2017, Counsel for Debtor filed a Motion To Modify Chapter 13 Plan Post-Confirmation (the "Motion") with the United States Bankruptcy Court for the Eastern District of Pennsylvania.

2. On August 16, 2017, the Motion, Notice of Motion, Response Deadline, and Hearing Date were served upon all creditors who filed claims and other interested parties.

3. The period within which any creditor or interested party could file an answer, response, or otherwise plea has expired. As of the date of this filing, no response has been filed or received by Counsel for Debtor.

WHEREFORE, Counsel for Debtor requests that an Order granting the Motion To Modify Chapter 13 Plan Post-Confirmation be entered.

Respectfully submitted,

/s/ *Christian A. DiCicco, Esquire*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
(ph.) 215-564-6812

**Dated:** October 5, 2017