# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Jennifer P. Masters | : | |
| Debtor | : | Bankruptcy No. 15-18310-jkf |
| | : | |
| Debtor | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2017, upon consideration of Debtor's Motion to Modify Confirmed Chapter 13 Plan pursuant to 11 U.S.C Sec. 1329 and after notice and opportunity for a hearing,

IT IS HEREBY ORDERED that the Debtor's Chapter 13 Plan confirmed by Order dated February 20, 2015 is hereby modified as provided by the terms of the Modified Chapter 13 Plan attached to the Motion to Modify Confirmed Chapter 13 Plan.

BY THE COURT

_____
Jean K. FitzSimon
United States Bankruptcy Judge

cc:

Christian A. DiCicco, Esq.
Attorney for Debtor
cdicicco@myphillybankruptcylawyer.com

Frederick L. Reigle Esquire
Standing Chapter 13 Trustee
ecfmail@fredreiglech13.com

United States Trustee
USTPRegion03.PH.EDF@usdoj.gov

Mr. Franco J Cima
1821 Hulseman Street
Philadelphia, PA 19145