United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-18310-jkf
Jennifer P. Masters                                                 Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: PaulP              Page 1 of 1           Date Rcvd: Nov 07, 2017
                               Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
db             +Jennifer P. Masters,    2551 S. Wannamaker St.,    Philadelphia, PA 19143-6012
               +Mr. Franco J Cima,    1821 Hulseman Street,    Philadelphia, PA 19145-5831

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2017 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               ecfmail@mwc-law.com
              CHRISTIAN A. DICICCO    on behalf of Debtor Jennifer P. Masters
               cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing
               LLC pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :        Chapter 13
Jennifer P. Masters                             :
                        Debtor                  :        Bankruptcy No. 15-18310-jkf
                                                :
                        Debtor                  :

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of Debtor's Motion to Modify Confirmed Chapter 13 Plan pursuant to 11 U.S.C Sec. 1329 and after notice and opportunity for a hearing,

IT IS HEREBY ORDERED that the Debtor's Chapter 13 Plan confirmed by Order dated February 20, 2015 is hereby modified as provided by the terms of the Modified Chapter 13 Plan attached to the Motion to Modify Confirmed Chapter 13 Plan.

BY THE COURT

_____
Jean K. FitzSimon
United States Bankruptcy Judge

**Date: November 7, 2017**

cc:
  Christian A. DiCicco, Esq.
  Attorney for Debtor
  cdicicco@myphillybankruptcylawyer.com

  Frederick L. Reigle Esquire
  Standing Chapter 13 Trustee
  ecfmail@fredreiglech13.com

  United States Trustee
  USTPRegion03.PH.EDF@usdoj.gov

  Mr. Franco J Cima
  1821 Hulseman Street
  Philadelphia, PA 19145