IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: | : | |
| **JENNIFER P. MASTERS** | : | **BK. No. 15-18310 JKF** |
| **Debtor** | : | |
| | : | **Chapter No. 13** |
| **DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC** | : | |
| | : | |
| **Movant** | : | |
| v. | : | |
| **JENNIFER P. MASTERS** | : | **11 U.S.C. §362** |
| **Respondent** | : | |

### ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 21st day of November, 2017, at **PHILADELPHIA**, upon Motion of **DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **2551 SOUTH WANAMAKER STREET, PHILADELPHIA, PA 19143** (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to Movant, its successors or assignees; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

FREDERICK L. REIGLE
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
P.O. BOX 4010
READING, PA 19606

CHRISTIAN A. DICICCO
LAW OFFICES OF CHRISTIAN A. DICICCO
2008 CHESTNUT STREET
PHILADELPHIA, PA 19103

JENNIFER P. MASTERS
2551 S. WANNAMAKER ST.
PHILADELPHIA, PA 19143

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107