United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-18310-jkf
Jennifer P. Masters                                             Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Nov 21, 2017
                              Form ID: pdf900          Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2017.
```
db             +Jennifer P. Masters,    2551 S. Wannamaker St.,    Philadelphia, PA 19143-6012
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Ditech Financial LLC f/k/a Green Tree Servicing LL,    14841 Dallas Pkwy #300,
                Dallas, TX 75254-7883
cr              Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr             +THE BANK OF NEW YORK MELLON,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave,
                Suite 100,    Boca Raton, FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Nov 22 2017 03:40:55     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 22 2017 03:40:26
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 22 2017 03:40:45     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Nov 22 2017 03:40:54     City of Philadelphia,
                Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Nov 22 2017 03:40:12
                Ditech Financial LLC FKA Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154
cr              E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 02:13:47     Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
                                                                                              TOTAL: 6
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2017 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               ecfmail@mwc-law.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com
              CHRISTIAN A. DICICCO    on behalf of Debtor Jennifer P. Masters
               cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: JEGilmore            Page 2 of 2                  Date Rcvd: Nov 21, 2017
                              Form ID: pdf900            Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC pa.bkecf@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: | : | |
| JENNIFER P. MASTERS | : | BK. No. 15-18310 JKF |
| Debtor | : | |
| | : | Chapter No. 13 |
| DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC | : | |
| Movant | : | |
| v. | : | |
| JENNIFER P. MASTERS | : | 11 U.S.C. §362 |
| Respondent | : | |

**ORDER MODIFYING §362 AUTOMATIC STAY**

**AND NOW**, this 21st day of November, 2017, at **PHILADELPHIA**, upon Motion of **DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **2551 SOUTH WANAMAKER STREET, PHILADELPHIA, PA 19143** (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to Movant, its successors or assignees; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

*[signature]*

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

FREDERICK L. REIGLE
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
P.O. BOX 4010
READING, PA 19606

CHRISTIAN A. DICICCO
LAW OFFICES OF CHRISTIAN A. DICICCO
2008 CHESTNUT STREET
PHILADELPHIA, PA 19103

JENNIFER P. MASTERS
2551 S. WANNAMAKER ST.
PHILADELPHIA, PA 19143

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107