## IN THE UNITED STATES BANKRUPTCY COURT
## FORTHE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Jennifer P. Masters | : | |
| | : | Case. No.: 15-18310-jkf |
| Debtor | : | |

## PRAECIPE FOR ADDENDUM
## TO AMEND DEBTOR'S CHAPTER 13 PLAN

Please allow for this Addendum to amend Docket Entry #49 made on July 12, 2017, Chapter 13 Plan - Modified, in order to amend an amount to be cured in the Paragraph #5, "Amount of Default to be Cured" for City of Philadelphia (Claim #16) in connection with claimant's amended claim (Claim #16a) filed on February 15, 2018. The corrected amount should read: $1,581.67.

Respectfully submitted,

By:/s/ *Christian A. DiCicco*

Dated: July 27, 2018

Christian A. DiCicco, Esquire
2008 Chestnut Street
Philadelphia, PA 19103
(215) 564-6812
cdicicco@myphillybankruptcylawyer.com
Attorney for Debtor