# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In Re: | : |
| | : Case No. 15-18310-jkf |
| Jennifer P. Masters | : |
| | : Chapter 13 |
| Debtor | : |
| | : |

### ORDER OF COURT

AND NOW, this 13th day of March, 2019, it is hereby ORDERED that relief from stay is **GRANTED** and that the automatic stay be hereby vacated with respect to Chalet Properties III, LLC, who may take such actions as may be necessary or appropriate with respect enforcing its rights with respect to the Property located at 1412 S. 52nd St., Philadelphia 19143.

BY THE COURT:

_____
United States Bankruptcy Judge

Jean K. FitzSimon

TADMS:5107530-1 032787-186314