United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-18310-jkf
Jennifer P. Masters                                                     Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2                Date Rcvd: Mar 14, 2019
                              Form ID: pdf900          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
db             +Jennifer P. Masters,    2551 S. Wannamaker St.,    Philadelphia, PA 19143-6012
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Ditech Financial LLC f/k/a Green Tree Servicing LL,    14841 Dallas Pkwy #300,
                 Dallas, TX 75254-7883
cr              Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr             +THE BANK OF NEW YORK MELLON,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave,
                 Suite 100,   Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 15 2019 03:32:28     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2019 03:31:27
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 15 2019 03:32:15     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Mar 15 2019 03:32:28     City of Philadelphia,
                 Law Revenue Department,   c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,   Philadelphia, PA  19102
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Mar 15 2019 03:31:08
                 Ditech Financial LLC FKA Green Tree Servicing LLC,    PO BOX 6154,   Rapid City, SD 57709-6154
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2019 03:35:12     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
            ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
          ALEXANDRA T. GARCIA    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com,
            ecfmail@ecf.courtdrive.com
          CHRISTIAN A. DICICCO    on behalf of Debtor Jennifer P. Masters
            cdicicco@myphillybankruptcylawyer.com,  christianadicicco@gmail.com;r57075@notify.bestcase.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
            paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
            paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          Jillian Nolan Snider    on behalf of Creditor    Chalet Properties III, LLC jsnider@tuckerlaw.com,
            agilbert@tuckerlaw.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
            karena.blaylock@phila.gov
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
          SCOTT WATERMAN    ECFmail@fredreiglech13.com,  ECF_FRPA@Trustee13.com

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Mar 14, 2019
                              Form ID: pdf900          Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         THOMAS I. PULEO   on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         THOMAS YOUNG.HAE SONG   on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC paeb@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                             TOTAL: 14

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

In Re:

Jennifer P. Masters

    Debtor

Case No. 15-18310-jkf

Chapter 13

## ORDER OF COURT

AND NOW, this 13th day of March, 2019, it is hereby ORDERED, that relief from stay is **GRANTED** and that the automatic stay be hereby vacated with respect to Chalet Properties III, LLC, who may take such actions as may be necessary or appropriate with respect enforcing its rights with respect to the Property located at 1412 S. 52nd St., Philadelphia 19143.

BY THE COURT:

_____
United States Bankruptcy Judge

Jean K. FitzSimon

TADMS:5107530-1 032787-186314