**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JENNIFER P. MASTERS | : | |
| DEBTOR | : | BANKRUPTCY NO. 15-18310-JKF |

**CERTFICATE OF NO RESPONSE**

Christian A. DiCicco, Esquire, Counsel for Debtor(s), hereby certifies that:

1. On September 12, 2019, Counsel for Debtor(s) filed an Application for Compensation with the United States Bankruptcy Court for the Eastern District of Pennsylvania.

2. On September 12, 2019, a copy of the Application for Compensation and the Notice of the Application for Compensation was served upon the Debtor(s), all creditors who filed claims and all other interested parties.

3. The twenty-one (21) day period within which any creditor or interested party could object or otherwise plea has expired. As of the date of this filing, no response has been received by Counsel for Debtor(s).

WHEREFORE, Counsel for Debtor(s) requests that the Order for approval of the Application for Compensation be entered.

Respectfully submitted,

/s/ *Christian A. DiCicco, Esquire*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
(ph.) 215-564-6812

Dated: October 4, 2019