United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-18310-jkf
Jennifer P. Masters                                                     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Oct 07, 2019
                              Form ID: pdf900          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2019.
db          +Jennifer P. Masters,    2551 S. Wannamaker St.,    Philadelphia, PA 19143-6012
cr          +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr          +Ditech Financial LLC f/k/a Green Tree Servicing LL,    14841 Dallas Pkwy #300,
              Dallas, TX 75254-7883
cr           Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr          +THE BANK OF NEW YORK MELLON,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave,
              Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Oct 08 2019 03:19:36     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 08 2019 03:19:13
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 08 2019 03:19:33     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: megan.harper@phila.gov Oct 08 2019 03:19:36     City of Philadelphia,
              Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
              5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr          +E-mail/Text: bankruptcy.bnc@ditech.com Oct 08 2019 03:19:09
              Ditech Financial LLC FKA Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154
cr           E-mail/PDF: gecsedi@recoverycorp.com Oct 08 2019 03:20:24     Synchrony Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2019 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CHRISTIAN A. DICICCO    on behalf of Debtor Jennifer P. Masters
               cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com;r57075@notify.bestcase.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               paeb@fedphe.com
              JILLIAN NOLAN SNIDER    on behalf of Creditor    Chalet Properties III, LLC jsnider@tuckerlaw.com,
               agilbert@tuckerlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2                  Date Rcvd: Oct 07, 2019
                              Form ID: pdf900              Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                             TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JENNIFER P. MASTERS | : | |
| DEBTOR | : | BANKRUPTCY NO. 15-18310-JKF |

## ORDER

**AND NOW**, upon consideration of the Application for Compensation filed by Debtor's counsel, Christian A. DiCicco ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$5,500.00**.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in paragraph 2, less **$612.00** which was paid by the Debtor pre-petition, to the extent provided for in the Confirmed Plan.

Dated: 10/7/19

_____
**HONORABLE JEAN K. FITZSIMON**
United States Bankruptcy Judge