United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-18310-jkf
Jennifer P. Masters                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 3              Date Rcvd: Oct 18, 2019
                              Form ID: pdf900            Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
```
db             +Jennifer P. Masters,    2551 S. Wannamaker St.,    Philadelphia, PA 19143-6012
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Ditech Financial LLC f/k/a Green Tree Servicing LL,    14841 Dallas Pkwy #300,
                Dallas, TX 75254-7883
cr             +THE BANK OF NEW YORK MELLON,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave,
                Suite 100,   Boca Raton, FL 33487-2853
13634779       +AES/PHEAAFRN,    PO BOX 61047,   HARRISBURG, PA 17106-1047
13634781       +Bank Of America,    CORRESPONDENCE FL-1-908-01-49,    PO BOX 31785,    TAMPA, FL 33631-3785
13634785        CAP1/VLCTY,    PO BOX 15524,    WILMINGTON, DE 19850
13634788       +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
13634792       +CITI,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497
13634782      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: BP Oil / Citibank,    ATTN: CENTRALIZED BANKRUPTCY,    PO BOX 20507,
                KANSAS CITY, MO 64195)
14232120       +Chalet Properties III, LLC,    c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,
                Irving, TX 75038-2480
13634790       +Chase Crad Services,    PO BOX 15298,   WILMINGTON, DE 19850-5298
13634791       +Chase- BP,    CHASE CARD SVCS/ATTN:BANKRUPTCY DEPT,    PO BOX 15298,    WILMINGTON, DE 19850-5298
13634793       +Citibank / Sears,    CITICORP CREDIT SRVS/CENTRALIZED BANKRUP,    PO BOX 790040,
                SAINT LOUIS, MO 63179-0040
13634794       +Citibank/Citgo Oil,    CITICORP CREDIT SERVICES/ATTN:CENTRALIZE,    PO BOX 790040,
                ST LOUIS, MO 63179-0040
13634796        City of Philadelphia, Dept of L&I,    MSB - 1401 JFK Blvd., 11th Fl.,    Code Enforcement Unit,
                Philadelphia, PA 19102
13634806     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court: DITECH FINANCIAL LLC,    332 MINNESOTA ST STE 610,
                SAINT PAUL, MN 55101)
13882696        Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
13634807       +Everhome Mortgage Co/Ever Bank,    ATTN: BANKRUPTCY DEPARTMENT,    301 WEST BAY STREET,
                JACKSONVILLE, FL 32202-5184
13634808        Mercy Suburban Hospital,    PO Box 822963,   Philadelphia, PA 19182-2963
13634809        Mery Physician Practice Network,    PO Box 824007,    Philadelphia, PA 19182-4007
13634810       +OCWEN LOAN SERVICING L,    12650 INGENUITY DR,    ORLANDO, FL 32826-2703
13634812       +PGW,   800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13680007       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
13634814       +PNC BANK,   ATTN: BANKRUPTCY,    PO BOX 5570,    CLEVELAND, OH 44101-0570
13634813       +Philadelphia Water Department,    1101 Market Street,    Philadelphia, PA 19107-2994
13727621        The Bank of New York Mellon, F/K/A The Bank of Ne,    c/o Ocwen Loan Servicing, LLC,
                Attn Bankruptcy Department,    P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13634821       +WELLS FARGO,    PO BOX 14517,   DES MOINES, IA 50306-3517
13660777        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
13732232       +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
13634822       +Wells Fargo Dealer Services,    PO BOX 3569,    RANCHO CUCAMONGA, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:53     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2019 03:45:50
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2019 03:46:27     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:53     City of Philadelphia,
                Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr              E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:52:08     Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13639461        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2019 05:20:12
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
13634780       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 19 2019 03:45:20      Ashley Stewart,    COMENITY,
                PO BOX 182124,    COLUMBUS, OH 43218-2124
13634783       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2019 03:52:24      CAP ONE,
                26525 N RIVERWOODS BLVD,    METTAWA, IL 60045-3440
13634784       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2019 03:52:55      CAP ONE NA,
                P.O.BOX 26030,    RICHMOND, VA 23260-6030
13634795        E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:53     City of Philadelphia,
                Law Dept. Tax Unit,    One Parkway Bldg. - Bankruptcy Group,    1515 Arch Street, 15th Floor,
                Philadelphia, PA 19102-1595
13718262       +E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:52
                CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
```

```
District/off: 0313-2            User: JEGilmore              Page 2 of 3                  Date Rcvd: Oct 18, 2019
                                Form ID: pdf900              Total Noticed: 68

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13634786       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2019 03:53:26      Capital One,
                 ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
13655929        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2019 03:53:26
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13645758       +E-mail/Text: bankruptcy@cavps.com Oct 19 2019 03:46:22       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13634798       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 19 2019 03:45:20      Comenity Bank/Dress Barn,
                 PO BOX 182125,    COLUMBUS, OH 43218-2125
13634799       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 19 2019 03:45:21      Comenity Bank/Lane Bryant,
                 PO BOX 182125,    COLUMBUS, OH 43218-2125
13634800       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 19 2019 03:45:21      Comenity Bank/Mandees,
                 ATTN: BANKRUPTCY,    PO BOX 182125,    COLUMBUS, OH 43218-2125
13634801       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 19 2019 03:45:21
                 Comenity Bank/New York & Company,    PO BOX 182125,    COLUMBUS, OH 43218-2125
13634802       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 19 2019 03:45:21      Comenity Bank/Sizes,
                 PO BOX 182125,    COLUMBUS, OH 43218-2125
13634803       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 19 2019 03:45:21
                 Comenity Bank/Victorias Secret,    PO BOX 182125,    COLUMBUS, OH 43218-2125
13634804       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 19 2019 03:45:21
                 Comenity Bank/World Financial National B,    PO BOX 182125,    COLUMBUS, OH 43218-2125
13634805       +E-mail/Text: mrdiscen@discover.com Oct 19 2019 03:45:01       Discover Financial,
                 ATTN: BANKRUPTCY,    PO BOX 3025,    NEW ALBANY, OH 43054-3025
13734948        E-mail/Text: bankruptcy.bnc@ditech.com Oct 19 2019 03:45:15       Ditech Financial LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
13735084       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 19 2019 03:45:15
                 Ditech Financial LLC f/k/a Green Tree Servicing LL,    PO BOX 6154,    Rapid City, SD 57709-6154
13735430        E-mail/Text: bankruptcy.bnc@ditech.com Oct 19 2019 03:45:15
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, SD 57709-6154
13946810        E-mail/Text: bankruptcy.bnc@ditech.com Oct 19 2019 03:45:15
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13705012       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 19 2019 03:46:05       MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
13634811       +E-mail/Text: bankruptcygroup@peco-energy.com Oct 19 2019 03:45:15       PECO,
                 2301 Market Street, N3-1,    Philadelphia, PA 19103-1380
13676439       +E-mail/Text: bankruptcygroup@peco-energy.com Oct 19 2019 03:45:15       PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13687069        E-mail/Text: bnc-quantum@quantum3group.com Oct 19 2019 03:45:26
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13655556        E-mail/PDF: rmscedi@recoverycorp.com Oct 19 2019 03:52:13
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13634815       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:53:07       SYNCB/BELK,    PO BOX 965028,
                 ORLANDO, FL 32896-5028
13634816       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:52:10       Synchrony Bank/ JC Penneys,
                 ATTN: BANKRUPTY,    PO BOX 103104,    ROSWELL, GA 30076-9104
13634817       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:52:09       Synchrony Bank/ Old Navy,
                 ATTN: BANKRUPTCY,    PO BOX 103104,    ROSWELL, GA 30076-9104
13634818       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:53:05       Synchrony Bank/Lord & Taylor,
                 ATTN: BANKRUPTCY,    PO BOX 103104,    ROSWELL, GA 30076-9104
13634819       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:52:36       Synchrony Bank/TJX,
                 ATTN: BANKRUPTCY,    PO BOX 103104,    ROSWELL, GA 30076-9104
13634820       +E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:53       Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 37

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13634797         COMENITY BANK/AVENUE
cr*             +Ditech Financial LLC FKA Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154
cr*              Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
13634789*       +CHASE CARD,    P.O. BOX 15298,    WILMINGTON, DE 19850-5298
13634787       ##+Carlton H. Wade,    2551 S Wanamaker St,    Philadelphia, PA 19143-6012
                                                                                   TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: JEGilmore           Page 3 of 3              Date Rcvd: Oct 18, 2019
                              Form ID: pdf900           Total Noticed: 68
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CHRISTIAN A. DICICCO    on behalf of Debtor Jennifer P. Masters
               cdicicco@myphillybankruptcylawyer.com,  christianadicicco@gmail.com;r57075@notify.bestcase.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               paeb@fedphe.com
              JILLIAN NOLAN SNIDER    on behalf of Creditor    Chalet Properties III, LLC jsnider@tuckerlaw.com,
               agilbert@tuckerlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing
               LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 15
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JENNIFER P. MASTERS | : | |
| DEBTOR | : | BANKRUPTCY NO. 15-18310-JKF |

**ORDER**

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This Chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 USC § 349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 USC § 349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor(s) shall file either:** (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtors(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payment in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: 10/17/19

**HON. JEAN K. FITZSIMON**
**U.S. Bankruptcy Judge**